**MEMORANDUM OF NON-JURY TRIAL**

# United States District Court
### For the Western District of Pennsylvania

UNITED STATES OF AMERICA

*Plaintiff*

vs.

YVETTE STEWART    (1)

*Defendant*

No. CRIM 04-45 ERIE

**HEARING ON** SENTENCE

*Before Judge* MAURICE B. COHILL, JR.

Christian Trabold, AUSA          David A. Schroeder, Esq.

*Appear for Plaintiff*            *Appear for Defendant*

Hearing begun  10:30   10/4/05         Hearing adjourned to

Hearing concluded C. A. V. 11:00 10/04/05    Stenographer  Mickey Powers

**WITNESSES:**

For Plaintiff                           For Defendant

6/I; 9-15; 2-3 s.r.; fine $500-5,000; Resht $7,240.90; $100 s.a.

Defendant is sentenced to ___ months, consecutive to term of imprisonment at Dock# CP9701-08881/2, Phila. CCP.; Restitution of $7,240.90; interest on restitution waived; 3 years supervised release.

Counts 2 through 17 are dismissed pursuant to terms of plea agreement.